## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Raymond A Moroni
Erin K Farrell-Moroni

Debtor(s)

Case No.:  10 B 42963

Chapter:  13

Judge Donald Cassling

### NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Raymond A Moroni, Erin K Farrell-Moroni, Debtor(s), 504 Newton Ave, Glen Ellyn, IL 60137
John Carlin, Attorney for Debtor(s), 1305 Remmington Road: Suite C, Schaumburg, IL 60173

You are hereby notified that BANK OF AMERICA, N.A. has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to BANK OF AMERICA, N.A. for the contractual mortgage payment due 04/01/2012.  As of the 04/11/2012 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 04/01/2012 through 04/11/2012 post-petition mortgage payments, with the 05/01/2012 coming due, and tax and insurance advances of $20,583.56.  The current mortgage payment amount due each month is $2,601.54, less suspense amount of $1,605.12.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 06/08/2012, BANK OF AMERICA, N.A.'s rights to collect these amounts will remain unaffected.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on May 9, 2012.

/s/ Maria Georgopoulos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349

Document      Page 2 of 2

Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-35648)**

NOTE: This law firm is deemed to be a debt collector.